■ In the Matter of YUM YUM FLUSHING MEADOWS RESTAURANT, INC., Petitioner, and J.L.B. EQUITIES, INC., et al., Appellants, v HENRY J. STERN et al., Respondents.—

Concur—Ross, J. P., Carro, Rosenberger, Ellerin and Smith, JJ.